# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 7, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

**DEC 1 4 2015**

Abel Acosta, Clerk

Re:  Juan Lizcano
     v. Texas
     No. 15-65
     (Your No. WR-68,348-03)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk